United States District Court
Southern District of Texas
**ENTERED**
January 09, 2019
David J. Bradley, Clerk

Jimmy Joseph Newell, §
    Petitioner, §
§
v. §   Civil Action H-18-4533
§
Lorie Davis, §
Director, Texas Department §
of Criminal Justice, Correctional §
Institutions Division, §
    Respondent. §

# Order of Adoption

On December 11, 2018, Magistrate Judge Peter Bray recommended that this case be transferred to the Western District of Texas, Waco Division. (D.E. 4.) No objections were filed. After considering the record and the law, the court adopts the Memorandum and Recommendation as its Memorandum and Order. It is ORDERED that this case be transferred to the Western District of Texas, Waco Division.

Signed on January 7, 2018, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge